Argued July 26, affirmed July 26, reconsideration denied September 1,
petition for review denied September 14, 1976

STATE OF OREGON, *Respondent,*

*v.*

STEVEN ROBERT JOHNSON, *Appellant.*

552 P2d 268

*Stephen A. Moen,* Portland, argued the cause for appellant.

*W. Michael Gillette,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

Affirmed. *State v. Moser,* 25 Or App 221, 548 P2d 508, Sup Ct *review denied* (1976).

PER CURIAM.